

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-16-00220-CR

Russell Lee **BURKE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 33rd District Court, Llano County, Texas
Trial Court No. CR6998
Honorable Jerry Allan Garrett, Judge Presiding

# O R D E R

Appellant's emergency motion for extension of time to file their brief is hereby
GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 3rd day of October, 2016.

_____
Keith E. Hottle
Clerk of Court